IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BOGDAN, ESQ., *et al.*, *Plaintiffs* | : : : | CIVIL ACTION |
| v. | : : | |
| DOREL INDUSTRIES, INC., *et al.*, *Defendants* | : : | No. 23-3622 |

## ORDER

AND NOW, this 22nd day of January 2024, upon review of Defendants' Unopposed Motion for Leave to Take the Deposition of Christopher Baylor, Sr. (Doc. No. 27), it is **ORDERED** that the Motion (Doc. No. 27) is **GRANTED**,[1] and Defendants Dorel Juvenile Group, Inc., and Dorel China America, Inc., are granted leave pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) to depose Plaintiff Christopher Baylor, Sr., at the Curran-Fromhold Correctional Facility (or any other correctional facility at which he may be incarcerated) on a date to be determined by counsel and in accordance with the rules and regulations of the correctional facility.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The Defendants seek to depose Plaintiff Christopher Baylor, Sr., who is currently detained pre-trial at the Curran-Fromhold Correctional Facility. *See* Doc. No. 27-1 at 1. The Federal Rules of Civil Procedure explain: "[a] party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) . . . if the deponent is confined in prison." Fed. R. Civ. P. 30(a)(2). Rule 26 further explains: "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case[.]" Fed. R. Civ. P. 26(b)(1). This case arises from the death of Christopher Baylor, Jr. *See* Compl. at ¶¶ 20-33, Doc. No. 1-4. The Plaintiffs have averred that the decedent's father, Christopher Baylor, Sr., was at home with the decedent when he died. *See id.* at ¶¶ 22-27. Therefore, a deposition of Christopher Baylor, Sr., is likely to yield relevant information and is proportional to the needs of this case. The Plaintiffs also do not oppose this deposition. *See* Mot. for Leave to Take Dep. at ¶ 12, Doc. No. 27. Thus, the Court grants leave to depose Christopher Baylor, Sr.