IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID BOGDAN, ESQ. ADMINISTRATOR OF THE ESTATE OF C.B., DECEASED, and CHRISTOPHER BAYLOR,**<br>        *Plaintiffs,*<br><br>    v.<br><br>**DOREL INDUSTRIES, INC., DOREL CHINA AMERICA INC. d/b/a Monbebe, DOREL JUVENILE GROUP, INC. d/b/a Monbebe, DOREL JUVENILE USA d/b/a Monbebe, MONBEBE, and WAL-MART, INC.,**<br>        *Defendants.* | Civil No. 23-3622 |

## ORDER

**AND NOW**, this 12th day of September, 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 53), and Plaintiffs' response, it is hereby **ORDERED** that the motion is **GRANTED** for the reasons stated in the accompanying memorandum. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
MARY KAY COSTELLO, J.